AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The residence located at 1635 W. Hazelwood Street<br>Phoenix, Arizona 85005 | )<br>)<br>) Case No.  22-9312 MB<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Arizona_____
*(identify the person or describe the property to be searched and give its location)*:

1635 W. Hazelwood Street
Phoenix, Arizona 85005

See Attachement A-1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-1

**YOU ARE COMMANDED** to execute this warrant on or before  9/7/2022  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for  30  days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  8/24/2022 @ 12:55pm     *Judge's signature*: EsWillett

City and state:  _____     Honorable Eileen S. Willett, US Magistrate Judge
*Printed name and title*


SCANNED

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 22-9312 MB | Date and time warrant executed: 8/25/2022  9:12 AM | Copy of warrant and inventory left with: Jafor Marwan Chowdhury |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

- Blue Cricket cell phone

- Black Huawei cell phone

- Light pink HP Laptop S/N 5CD1223263 Model 15-ef1083ds

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/25/2022

Executing officer's signature

Special Agent Thomas R Giffin
Printed name and title